UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES LYNN O'HINES,

        Plaintiff,

vs.

JEFF FREELAND, Warden, et al.,

        Defendants.

No. C 09-3368 PJH (PR)

**ORDER DISMISSING COMPLAINT**

This is a civil rights case filed pro se by a state prisoner. The complaint is incomprehensible, and for that reason will be dismissed. *See Jackson v. Arizona*, 885 F.2d 639, 641 (9th Cir. 1989) (claim that is totally incomprehensible may be dismissed as frivolous as it is without an arguable basis in law).

Plaintiff has filed many other complaints in this court, all of which have been incomprehensible or nearly so. In light of this record, the court concludes that allowing plaintiff to amend would be futile. The case therefore is **DISMISSED** without leave to amend. *See Schmier v. United States Court of Appeals*, 279 F.3d 817, 824 (9th Cir. 2002) (leave to amend may be denied on grounds of futility).

**IT IS SO ORDERED.**

Dated: January 20, 2010.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\CR.09\O'HINES3368.DSM.wpd